UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WOMEN'S LIBERATION FRONT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; LORETTA E. LYNCH, in her Official Capacity as Attorney General of the United States; VANITA GUPTA, in her Official Capacity as Principal Deputy Assistant Attorney General; UNITED STATES DEPARTMENT OF EDUCATION; JOHN B. KING, JR., in his Official Capacity as United States Secretary of Education,<br><br>　　　　　Defendants. | Case No. 1:16-cv-915-WPL-KBM |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants United States Department of Justice, Loretta E. Lynch, Vanita Gupta, United States Department of Education, and John B. King, Jr. respectfully move the Court to dismiss Plaintiff's Complaint. In accordance with Local Rule 7.3(a), this motion is accompanied by a brief containing a statement of points and authorities upon which Defendants rely in support of this motion. Counsel for Defendants has conferred with counsel for Plaintiff, who indicates that Plaintiff opposes this motion.

Dated: October 24, 2016　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BENJAMIN C. MIZER
　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

*/s/ Benjamin L. Berwick*
BENJAMIN L. BERWICK (MA Bar No. 679207)
JASON LEE (CA Bar No. 298140)
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1 Courthouse Way, Suite 9200
Boston, MA 02210
Telephone: (617) 748-3129
Facsimile: (617) 748-3965
Email: Benjamin.L.Berwick@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2016, a copy of the foregoing Motion to Dismiss was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Benjamin L. Berwick*
Benjamin L. Berwick