UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WOMEN'S LIBERATION FRONT,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>      Defendants. | Case No. 1:16-cv-915-JAP-KBM |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, as a result of the Defendants' withdrawal of the May 13, 2016 guidance document that was the subject of the complaint in this action, Plaintiff Women's Liberation Front hereby dismisses its complaint pursuant to FRCP 41(a)(1)(A)(i).

Respectfully submitted,

/s/ David Bookbinder
_____
David Bookbinder
Lead Counsel for Plaintiff
Law Offices of David Bookbinder, PLLC
107 S. West Street, Suite 491
Alexandria, VA 22314
Phone: 301-751-0611


/s/ Ray Twohig
_____
Ray Twohig,
Local Counsel for Plaintiff
8998 Rio Grande Blvd., N.W.
Albuquerque, NM 87114
Phone: 505/898-0400

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2017, a copy of the foregoing Plaintiff's Notice of Voluntary Dismissal was filed electronically via the Court's ECF system, which effects service upon counsel of record.

                                                s/Ray Twohig
                                                _____
                                                Ray Twohig